JAP:JSR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**12 M 457**

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

TOMAS SYKORA,

        Defendant.

- - - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

    EDWARD GONZALEZ, being duly sworn, deposes and states that he is a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about May 8, 2012, within the Eastern District of New York and elsewhere, the defendant TOMAS SYKORA did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.   On or about May 8, 2012, the defendant TOMAS SYKORA arrived at John F. Kennedy International Airport in Queens, New York ("JFK") aboard Delta Airlines flight No. 692 from Haiti.

2.   A Customs and Border Protection ("CBP") officer selected the defendant TOMAS SYKORA for an enforcement exam. SYKORA presented one black "America" suitcase for inspection. SYKORA stated that the suitcase and its contents belonged to him and that he had packed it himself.

3.   A CBP officer opened the suitcase and immediately noticed a strong smell emanating from the bag. The officer discovered a cloth bag inside the suitcase that contained large markers. The officer probed one of the markers and discovered a white powdery substance, which field-tested positive for cocaine.

4.   Also in SYKORA's suitcase, the CBP officer found buttons, containers of deodorant and containers of nail polish, all of which contained a white powdery substance. The defendant was arrested.

---

[1]   Because the purpose of this affidavit is merely to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

3

5. The total approximate gross weight of the substances that tested positive for the presence of cocaine is 7,243.2 grams.

WHEREFORE, your deponent respectfully requests that the defendant TOMAS SYKORA be dealt with according to law.

_____
EDWARD GONZALEZ
Special Agent
Homeland Security Investigations

Sworn to before me this
9th day of May, 2012
_____

JDGE
ιK