United States District Court
Eastern District of New York

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 26 2012 ★
BROOKLYN OFFICE

July 18, 2012

From: Tomas Sykora
Reg. # 80401-053
M.D.C. Brooklyn
P.O. Box 329002
Brooklyn, N.Y. 11232

Request to Proceed
In Forma Pauperis
28 USC § 1915

Re: Case No. 12-CR-387

To: Douglas C. Palmer
Clerk of Court
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

I Tomas Sykora. This is in response to Clerk of court's Letter of July 13, 2012. I am the defendant named in the Above Reference case. I am presently incarcerated and I am asking for 2 Pages documents in the Above case. Your letter Asked for a Fee of $1.00. I hereby request to proceed In Forma Pauperis and without being required to Prepay fee or costs or Security. I state that Because of my Poverty I am unable to pay cost of said documents, and I believe I am Entitled to Redress. I Tomas Sykora declare under penalty of Perjury that the foregoing is true and Correct 28 USC 1746

Mr. Tomas Sykora

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

**DOUGLAS C. PALMER**
  CLERK of COURT

PLEASE REPLY TO:

☒ Brooklyn Office
U.S. Courthouse
22 5Cadman Plaza East
Brooklyn, N.Y. 11201

☐ Central Islip Office
U.S. Courthouse
100 Federal Plaza
Central Islip, N.Y. 11788

**Date**: 7/13/12

**Case Number:** 12-CR-387 (RRM)(CLP)

Dear Mr. Sykora

  Your letter requesting copies of documents in the above captioned matter was received.

☐ The case file requested is in the federal archives. A **$53.00 fee** must be provided *for each* file ordered from the Archive Record Center. Please make your check or money order payable to, *"Clerk, U.S. District Court."*

☐ The case file needed to process your request is at the Court of Appeals. We will respond after the file is returned from the Court of Appeals.

☐ The document(s) you requested are not part of the case at this time.

☒ The documents you requested copied are __2__ pages @ 50¢ per page, for a total of **$ 1.00**
  Please make your check or money order payable to, *"Clerk, U.S. District Court."*

☐ Other:

                                    Yours truly,
                                    Douglas C. Palmer
                                    Clerk Of Court

                                By: _____
                                    Mr. Lagana
                                    Deputy Clerk

To: Docket Clerk
Brooklyn Federal Court
U.S. Court House
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

July 6 2012

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 11 2012 ★
BROOKLYN OFFICE

From: Tomas Sykora
Reg. # 80400-53
M.D.C Brooklyn
N.Y. 11232

Case # 12-CR-00387
d.o.b: 10/18/1985
Arrest date: 5/8/2012

Subject: Send copy of documents/items 6 and 7 From Docket Filed on 6/14/2012. Letter dated 6/8/2012 From Grand Jury Coordinator to Tomas Sykora and All documents concerning conflict check and Court's order dated November 1, 2009

Dear Docket Clerk:
Thank You! I have receip Docket Sheet please send me copies of documents in Subject Above. I Tomas Sykora Am incarcerate in the Federal Facility of M.D.C. in Brooklyn and I am Person/defendant named in the Above information. As Such I am Familiar with Facts therein and Reference To me. There Fore, I am Entitle to All items Requested herein Above Subject. If Fee is needed, please Accept as Poor Person due to my Present incarceration. Thank's Sincerely, Tomas Sykora



Tomas Sykora 80401053
MDC Brooklyn
Box 329002
Brooklyn, N.Y. 11232

Docket Clerk
Brooklyn Federal Court
U.S. Court House
Eastern District of NY
225 Cadman Plaza East
Brooklyn, N.Y. 11209

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 11 2012 ★
BROOKLYN OFFICE